IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY | : | CIVIL ACTION |
| and THE OHIO CASUALTY INSURANCE | : | |
| COMPANY, | : | |
| Plaintiffs | : | NO. 2:19-cv-00833-MMB |
| | : | |
| v. | : | |
| | : | |
| NORMANDY DEVELOPMENT, L.P., | : | |
| HANSEN PROPERTIES, INC., ALI | : | |
| MOHAMED ALI and NORMAN F. VENEZIA, | : | |
| Defendants | : | |

## STIPULATION OF DISMISSAL OF DEFENDANT
## NORMAN F. VENEZIA WITHOUT PREJUDICE

Plaintiffs American Fire and Casualty Company ("American Fire") and The Ohio Casualty Insurance Company ("OCAS"), Defendants, Normandy Development, L.P. and Hansen Properties, Inc., and Defendant, Norman F. Venezia ("Venezia"), by their respective attorneys, hereby stipulate as follows:

1.      Subject to the agreements set forth in paragraphs 2 and 3 below, American Fire/OCAS's claims against Venezia in this matter shall be dismissed without prejudice.

2.      Venezia agrees that he shall be bound by any rulings in this action to the same extent as if he had remained a party to this action.

3.      Venezia agrees that he shall be subject to discovery in this action to the same extent as if he had remained a party to this action.

POST & SCHELL., P.C.

BY: _____
John C. Sullivan
Atty. I.D. No. 32262
Allison R. Radocha
Atty. I.D. No. 208097
Four Penn Center — 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103
Phone:  (215) 587-1000
Fax:  (215) 587-1444
E-mail:  jsullivan@postschell.com
Attorneys for Plaintiffs,
American Fire & Casualty Company
and The Ohio Casualty Insurance
Company

ZAVODNICK, ZAVODNICK & LASKY, LLC

BY: _____
Zavodnick, Zavodnick & Lasky, LLC
123 S Broad St., Suite 1220
Philadelphia, PA 19109
Phone: 215-875-7030
Fax: 215-875-7033
E-mail:  rzavodnick@zavodnicklaw.com
Attorneys for Defendant,
Norman F. Venezia

JOSEPH A. CAPRARA, ESQ.

BY: _____
Joseph A. Caprara
633 W. Germantown Pike
Suite 103
Plymouth Meeting, PA 19462
Phone: 215 616 8600
Fax: 610 940 1996
E-mail:  jcaprara@capraralaw.com
Attorneys for Defendants,
Normandy Development, L.P. and
Hansen Properties, Inc.

2