IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY and THE OHIO CASUALTY INSURANCE COMPANY,<br>        Plaintiffs<br><br>v.<br><br>NORMANDY DEVELOPMENT, L.P., HANSEN PROPERTIES, INC. and ALI MOHAMED ALI,<br>        Defendants | CIVIL ACTION<br><br>NO. 2:19-cv-00833-MMB |

## **ORDER**

AND NOW, this **5th** day of **September**, 2019, upon consideration of Plaintiffs American Fire and Casualty Company and The Ohio Casualty Insurance Company's Motion for Judgment on the Pleadings, and any opposition thereto, it is hereby ORDERED and DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs, American Fire and Casualty Company and The Ohio Casualty Insurance Company, have no duty to defend or indemnify Defendants, Normandy Development, L.P. and Hansen Properties, Inc., in connection with the action initiated by Norman F. Venezia on or about November 9, 2018 in the Court of Common Pleas of Montgomery County, Pennsylvania, filed as Case No. 2018-26710.

BY THE COURT:

_____ J.